|   |   |
|---|---|
| 1 | SQUIRE SANDERS & DEMPSEY L.L.P. |
|   | Diane L. Gibson (State Bar No. 114825) |
| 2 | Joseph A. Meckes (State Bar No. 190279) |
|   | One Maritime Plaza, Suite 300 |
| 3 | San Francisco, CA 94111-3492 |
|   | Telephone:   (415) 954-0200 |
| 4 | Facsimile:   (415) 391-2493 |
| 5 | Attorneys for Defendant      **E-filed 9/7/05** |
|   | THE PROVIDENT BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA TAMAYO and JUAN ALGARATE, on behalf of themselves and all others similarly situated, | **E-FILING** |
| | No. C01-20386 JF (RS) |
| Plaintiffs, | STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF APPEAL; PROPOSED ORDER |
| v. | |
| BRAINSTORM USA, a limited liability company; and THE PROVIDENT BANK, a corporation; DOES 1-25, | |
| Defendants. | Date:   September 9, 2005<br>Time:   10:30 a.m.<br>Place:   Ctrm. 3, 5th Floor<br>Judge:   Hon. Jeremy Fogel |

The Parties hereby stipulate as follows:

WHEREAS, a Further Case Management Conference is scheduled in this matter for September 9, 2005; and

WHEREAS, the Ninth Circuit Appeal relating to the denial of the Motion to Compel arbitration is still pending before the Ninth Circuit;

THE PARTIES HEREBY STIPULATE that the Further Case Management Conference set for September 9, 2005 be vacated, and that the Further Case Management Conference be continued to December 2, 2005 at 10:30 a.m.

IT IS SO STIPULATED.

---

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION FOR CONTINUANCE OF CMC
Case No. C01-20386 JF (RS)

SANFRANCISCO/143058.1
SF#143058

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

DATED: September 2, 2005           SQUIRE, SANDERS & DEMPSEY LLP

By: _____/s/_____
    Diane L. Gibson
Attorneys for Defendant
THE PROVIDENT BANK

DATED: September 2, 2005           BINGHAM McCUTCHEN LLP

By: _____/s/_____
    Thomas E. Kuhnle
Attorneys for Defendant
BRAINSTORM USA

DATED: September 2, 2005           ALEXANDER COMMUNITY LAW CENTER

By: _____/s/_____
    Scott Maurer
Attorneys for Plaintiffs
CYNTHIA TAMAYO and JUAN ALGARATE
and others similarly situated

**IT IS SO ORDERED**

DATED: ____9/6_____, 2005           /s/electronic.signature.authorized
    U.S. District Court Judge Jeremy Fogel

---

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION FOR CONTINUANCE OF CMC
Case No. C01-20386 JF (RS)
SANFRANCISCO/143058.1

- 2 -