**\*E-FILED\***
**September 22, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA TAMAYO, et al.,   No. C 01-20386 (RS)

    Plaintiffs,

v.   **SETTLEMENT CONFERENCE ORDER**

BRAINSTORM, USA, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Richard Seeborg for Settlement Conference. You are hereby notified that the conference is scheduled for **October 24, 2005 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also attend the Settlement Conference.

Personal attendance by counsel will not be excused under any circumstances and personal attendance by a party will rarely be excused.  Permission for a party to attend by telephone may be granted upon written request made at least ten (10) calendar days in advance of the conference, **if** the party lives and works outside of the Northern District of California **and** attendance would constitute a hardship.  The nature of the hardship must be explained.  A copy of the written request must be served on all other parties.

1  Any objection to the request must be submitted within forty-eight (48) hours of receipt. Both the request
2  and objection may be submitted in letter form either by mail or facsimile to 408/535-5354. If telephone
3  attendance is allowed, the party must be available throughout the entire conference.
4  No later than seven (7) calendar days before the Settlement Conference, each party shall submit a
5  Settlement Conference Statement to Magistrate Judge Seeborg in camera. The original Settlement
6  Conference Statement (no copies are necessary) shall be placed in a sealed envelope, clearly marked
7  "Confidential: Settlement Conference Statement; Attn: Clerk for Magistrate Judge Seeborg," and lodged
8  with the Clerk's office, Room 2112 on the second floor of the United States Courthouse, 280 South First
9  Street, San Jose, California. The clerk will forward the Settlement Conference Statement to Magistrate
10 Judge Seeborg's chambers. The Settlement Conference Statement shall not be filed with the Court nor are
11 the parties required to serve the Statement upon the other parties or their counsel.
12 The form and content of the Settlement Conference Statement may vary depending upon the nature
13 of the case, the stage of the proceedings or timing of the conference, and economic considerations.
14 Generally, the Settlement Conference Statement should include the following information:
15  1. Statement of Facts. A brief description of the substance of the claims and defenses presented.
16  2. Summary of Proceedings. A brief list of the motions previously made, the dispositions thereof,
17 and any motions pending resolution.
18  3. Undisputed Matters. A plain and concise statement of all material facts not reasonably
19 disputable.
20  4. Issues of Fact. A plain and concise statement of the major factual issues in dispute.
21  5. Issues of Law. A brief statement of the disputed points of law with respect to liability and
22 damages with reference to statutes and decisions relied upon. Extended legal argument is not necessary.
23 Reference may be made to memoranda and points and authorities previously filed.
24  6. Relief Sought. A statement of the relief claimed, including a particularized itemization of all
25 elements of damages.
26  7. Prior Settlement Discussions. A summary of prior settlement activity between the parties,
27 including settlement offers and responses thereto.
28

8. <u>Litigation Costs</u>. A brief statement of the approximate litigation costs to date and the estimated cost and time projected for further discovery, pretrial proceedings and trial.

9. <u>Settlement Analysis</u>. A brief and forthright evaluation of the strengths and weaknesses of your case and the probabilities of prevailing on the major issues in dispute.

10. <u>Discrete Issues</u>. Are there any discrete issues affecting the parties which, if resolved, would aid in the disposition of the case.

11. <u>Current Settlement Position</u>. Set forth a reasonable proposal of settlement.

Parties are encouraged to participate and frankly discuss their case. Statements they make during the conference will not be admissible at trial to prove or disprove liability in the event the case does not settle. The parties should be prepared to discuss such items as their settlement objectives, any impediments to settlement that they perceive, whether they have enough information to discuss settlement and, if not, what additional information is needed and the possibility of a creative resolution of the dispute.

Any request to continue the Settlement Conference shall be submitted in writing as soon as possible after consultation with the opposing party. Submission by facsimile is acceptable at facsimile number 408/535-5354.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for Settlement Conference.

IT IS SO ORDERED.

Dated: September 22, 2005

                                                  /s/ *Richard Seeborg*
RICHARD SEEBORG
United States Magistrate Judge

3

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Scott Mauer, Esq.
Email: smaurer@scu.edu

Thomas E. Kuhnle, Esq.
Email: Tom.Kuhnle@Bigham.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 22, 2005

                      CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                      By:   /s/ *BAK*