*E-FILED*
**October 12, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TAMAYO, et al., | No.  C 01-20386 JF  (RS) |
| Plaintiffs, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| BRAINSTORM, USA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **October 24, 2005** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **November 14, 2005 at 9:30 a.m**. 

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.  Settlement conference statements, if not previously submitted,  are due seven (7) days prior to the settlement conference.  All other provisions of this Court's Order dated September 22, 2005 shall remain in effect.

1  The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior
2  to the date set for settlement conference.
3
4  Dated:   October 12, 2005

/s/ Richard Seeborg
5  RICHARD SEEBORG
United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO** |
| 2 | |
| 3 | Scott Mauer, Esq. |
| 4 | Email: smaurer@scu.edu |
| 5 | Thomas E. Kuhnle, Esq. |
| 6 | Email: Tom.Kuhnle@Bigham.com |
| 7 | Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program. |
| 8 | |
| 9 | Dated:  October 12, 2005 |

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*