**\*E-FILED 11/29/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TAMAYO, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BRAINSTORM, USA, et al.,<br><br>  Defendants._____ / | No.  C 01-20386 JW  (RS)<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **January 13, 2006**, **at 11:00 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated:  11/29/05

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Scott Mauer, Esq.
Email: smaurer@scu.edu

Thomas E. Kuhnle, Esq.
Email: Tom.Kuhnle@Bigham.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  11/29/05

                            CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                            By:  /s/ *BAK*

**United States District Court**
For the Northern District of California