**\*E-FILED\***
**January 5, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA TAMAYO, et al., | No. C 01-20386 JW (RS) |
| Plaintiffs, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| BRAINSTORM, USA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **January 13, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **February 14, 2006 at 9:30 a.m**.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated: January 5, 2006

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Scott Mauer, Esq.
Email: smaurer@scu.edu

Thomas E. Kuhnle, Esq.
Email: Tom.Kuhnle@Bigham.com

Diane L. Gibson, Esq.
Email: digibson@ssd.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 5, 2006

                    CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                    By:     /s/ *BAK*