**E-filed 1/13/06**

1  BINGHAM McCUTCHEN, LLP
   WILLIAM BATES III (SBN 63317)
2  THOMAS E. KUHNLE (SBN 178055)
   PATRICK T. WESTON (SBN 211448)
3  1900 University Avenue
   East Palo Alto, California  94303-2223
4  Telephone:  (650) 849-4400
   Facsimile:  (650) 849-4800
5
   Attorneys for Defendant
6  BRAINSTORM USA, LLC

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | CYNTHIA TAMAYO and JUAN ALGARATE, individually and on behalf of others similarly situated, | No. C 01-20386 JF (RS)
13 | | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE
14 |         Plaintiffs,
        v.
15 |
16 | BRAINSTORM USA, LLC, a limited liability company; and THE PROVIDENT BANK, a corporation,
17 |
        Defendants.
18

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

STIPULATION AND ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE
No. C 01-20386 JF (RS)

PA/52108985.2

The parties to this action, through their counsel or record, HEREBY STIPULATE AND AGREE that the further case management conference before Judge Fogel that is set for January 13, 2006, at 10:30 a.m., should be continued to March 10, 2006, at 10:30 a.m.

**SO STIPULATED:**

ALEXANDER COMMUNITY LAW CENTER

DATED: January 11, 2006        By: _____/S/_____
                                    Scott Maurer
                                    Attorneys for Plaintiffs

SQUIRE, SANDERS & DEMPSEY LLP

DATED: January 11, 2006        By: _____/S/_____
                                    Diane L. Gibson
                                    Attorneys for Defendant
                                    THE PROVIDENT BANK

BINGHAM McCUTCHEN, LLP

DATED: January 11, 2006        By: _____/S/_____
                                    Thomas E. Kuhnle
                                    Attorneys for Defendant
                                    BRAINSTORM USA, LLC

**IT IS SO ORDERED:**

JEREMY FOGEL

DATED: 1/13/06                 By: _____[signature]_____
                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE
No. C 01-20386 JF (RS)
2