FILED

MAY 19 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| CYNTHIA TAMAYO and JUAN ALGARATE,<br>individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAINSTORM USA, a limited liability company; and THE PROVIDENT BANK, a corporation<br><br>Defendants. | Case No.: C 01-20386 JF (RS)<br><br>{PROPOSED}<br>ORDER VACATING DISMISSAL |

The parties here have advised the court that dismissal of this matter was premature.

IT IS HEREBY ORDERED that the Order of Dismissal issued on February 21, 2006 should be and is VACATED.

Dated: 5/19/06

JEREMY FOGEL
United States District Judge